FILED

OCT 28 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 5:26CR00496 |
| | ) Title 18, United States Code, |
| CHEVRON MAPP, | ) Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) |

JUDGE OLIVER

COUNT 1
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about August 7, 2026, in the Northern District of Ohio, Eastern Division, Defendant CHEVRON MAPP, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Aggravated Robbery, on or about January 26, 2012, in case number CR-2011-08-2275A, in the Summit County Court of Common Pleas; and Strangulation, on or about September 2, 2024, in case number CR-2023-12-4085, in the Summit County Court of Common Pleas, did knowingly possess in and affecting interstate commerce a firearm and ammunition, to wit: a Taurus model GX2 9mm caliber semiautomatic pistol, bearing serial number 1GD54144, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section, 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant CHEVRON MAPP shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the violation charged in Count 1, including, but not limited to, the following:

a. Taurus model GX2 9mm caliber semiautomatic pistol, bearing serial number 1GD54144, and

b. Ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.